AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00156 |
| MIGUEL EUGENIO ZAPATA, | ) Assigned To : Judge G. Michael Harvey |
| aka "MICHAEL ZAPATA", | ) Assign. Date : 5/1/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 1, 2021 to April 11, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001(a)(2), (3) | Providing materially false statements to law enforcement |

This criminal complaint is based on these facts:

See attached Affidavit which is incorporated by reference as if fully stated herein.

☑ Continued on the attached sheet.

_Complainant's signature_

Cole Ashcraft, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 05/01/2024

_Judge's signature_

City and state: District of Columbia     G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_