AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 11:17 am, May 02, 2024

| United States of America | ) | Case: 1:24-mj-00156 |
|---|---|---|
| v. | ) | Assigned To : Judge G. Michael Harvey |
| MIGUEL EUGENIO ZAPATA, | ) | Assign. Date : 5/1/2024 |
| aka "MICHAEL ZAPATA" | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Miguel Eugenio Zapata aka Michael Zapata

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001(a)(2), (3) (providing materially false statements to law enforcement)

Date:     05/01/2024

*Issuing officer's signature*

City and state:     Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

### Return

| This warrant was received on *(date)* 5/1/2024 , and the person was arrested on *(date)* 5/2/2024 |
| at *(city and state)* ~~Washington DC~~ Chantilly, VA |

Date: 5/2/2024

*Arresting officer's signature*

ZACH FELDMAN, FBI, SA
*Printed name and title*