# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | |
| **MIGUEL EUGENIO ZAPATA,** : | CASE NO. 24-mj-156 (GMH) |
| **also known as "MICHAEL ZAPATA,"** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION TO CONTINUE
## AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, by and through the United States Attorney for the District of Columbia, hereby files this motion to continue the preliminary hearing currently scheduled for May 23, 2024, to July 19, 2024. Counsel for the defendant concurs in this motion. The parties request the additional time so that the government can provide certain discovery and the defendant can review it.

The parties request that the Court exclude the time until the preliminary hearing on July 19, 2024, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking

such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

        By:   */s/ Stuart Allen*
        STUART D. ALLEN
        D.C. Bar No. 1005102; N.Y. Bar No. 4839932
        Assistant United States Attorney
        National Security Section
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7794
        stuart.allen@usdoj.gov