# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : |
| **MIGUEL EUGENIO ZAPATA,** | :  CASE NO. 24-mj-156 (GMH) |
| also known as "MICHAEL ZAPATA," | : |
| | : |
| **Defendant.** | : |

## UNOPPOSED MOTION TO CONTINUE
## AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, by and through the United States Attorney for the District of Columbia, hereby files this motion to continue the preliminary hearing currently scheduled for April 11, 2025, to May 23, 2025. Counsel for the defendant concurs in this motion. The parties request the additional time so that the parties can discuss a possible pretrial resolution of the case.

The parties request that the Court exclude the time until the preliminary hearing on May 23, 2025, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By: ___/s/ Stuart Allen___
STUART D. ALLEN
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7794
stuart.allen@usdoj.gov